UNITED STATES DISTRICT COURT 27 JUN '11 09:15 USDC-ORP

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-CR-202 MO |
| v. | MOTION TO UNSEAL INDICTMENT, SUPERSEDING INDICTMENT AND ARREST WARRANTS |
| TU NGOC TRAN; MINHTHY NGOC NGUYEN, aka Minh Thy Nguyen, Minaty Nguyen, Minthy Nguyen, Minhty Nguyen; HUY ANH NGUYEN; and KIET ANH NGUYEN, | |
| Defendants. | |

The United States of America, through Dwight C. Holton, United States Attorney for the District of Oregon, and Assistant United States Attorney Jennifer J. Martin, moves the court for an order that the indictment, superseding indictment and arrest warrants in the above-entitled case be unsealed. Defendants TU NGOC TRAN and MINHTHY NGOC NGUYEN, aka Minh Thy Nguyen, Minaty Nguyen, Minthy Nguyen, Minhty Nguyen have been arrested and the grounds for sealing the indictment, superseding indictment and arrest warrants no longer exist.

DATED this 27th day of June 2011.

DWIGHT C. HOLTON
United States Attorney

JENNIFER J. MARTIN
ROBERT NESLER, OSB#85379
ANNEMARIE SGARLATA, OSB#06506
Assistant United States Attorneys