UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED 27 JUN '11 09:15 USDC-ORP

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-CR-202 MO |
| v. | ORDER TO UNSEAL INDICTMENT, SUPERSEDING INDICTMENT AND ARREST WARRANTS |
| TU NGOC TRAN; MINHTHY NGOC NGUYEN, aka Minh Thy Nguyen, Minaty Nguyen, Minthy Nguyen, Minhty Nguyen; HUY ANH NGUYEN; and KIET ANH NGUYEN, | |
| Defendants. | |

Upon the motion of the government,

IT IS HEREBY ORDERED THAT the indictment, superseding indictment and arrest warrants in the above-entitled case are hereby unsealed.

DATED this __27__ day of June 2011.

_____
The Honorable Donald C. Ashmanskas
United States Magistrate Judge

Presented by:

DWIGHT C. HOLTON, OSB#09054
United States Attorney
District of Oregon

_____
JENNIFER J. MARTIN
ROBERT NESLER, OSB#85379
ANNEMARIE SGARLATA, OSB#06506
Assistant United States Attorneys